MICHAEL J. FOX (SBN 170854)
ELANA J. MOEDER (SBN 252909)
PITE DUNCAN, LLP
1820 East First Street, Suite 420
Santa Ana, CA 92705
(714) 285-2633; direct (714) 285-2664
(714) 285-2668 *facsimile*
E-Mail: mfox@piteduncan.com

Attorneys for Defendant SAXON MORTGAGE SERVICES, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| CATHERINE T. LENEAR,<br><br>    Plaintiff,<br><br>  v.<br><br>AMERICAN BROKERS CONDUIT;<br>SAXON MORTGAGE SERVICES, INC.;<br>EMC MORTGAGE CORPORATION;<br>ACCUMAX INVESTMENT CO.; all<br>persons currently unknown claiming any<br>legal or equitable interest in the Trust<br>Property; DOES ONE through ONE<br>HUNDRED, inclusive,<br><br>    Defendant(s). | Case No. 2:09-cv-01790-MCE-EFB<br><br>[Sacramento County Superior Court<br>Case No. 34-2009-00044671]<br><br>Judge Morrison C. England, Jr.<br><br>**ORDER ON DEFENDANT'S SAXON MORTGAGE SERVICES, INC.'S REQUEST FOR PERMISSION TO APPEAR TELEPHONICALLY AT MOTIONS TO DISMISS**<br><br>**Date      :   01-14-10**<br>**Time      :   2:00 p.m.**<br>**Courtroom :   7** |

Having considered counsel for Defendant SAXON MORTGAGE SERVICES, INC's request for permission to appear telephonically at the Motion to Dismiss hearing of Saxon scheduled for January 14, 2010, at 2:00 p.m., in Courtroom 7, and for good cause appearing, the Court hereby grants such request.

Dated: January 6, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

-1-