UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CATHERINE T. LENEAR,

        Plaintiff,

   v.

AMERICAN BROKERS CONDUIT; SAXON MORTGAGE SERVICES, INC.; EMC MORTGAGE CORPORATION; ACCUMAX INVESTMENT CO.; all persons currently unknown claiming any legal or equitable interest in the Trust Property; DOES ONE through ONE HUNDRED, inclusive,

        Defendants.

No. 2:09-cv-01790-MCE-EFB

MEMORANDUM AND ORDER

----oo0oo----

Presently before the Court is a Motion by Defendant Saxon Mortgage Services, Inc. ("Defendant") to dismiss the First Amended Complaint of Plaintiff Catherine Lenear ("Plaintiff") for failure to state a claim upon which relief may be granted pursuant to Federal Rule of Civil Procedure 12(b)(6).[1]

---

[1] Because oral argument will not be of material assistance, the Court orders this matter submitted on the briefs. E.D. Cal. Local Rule 78-230(h).

1

1      This dispute arises out a mortgage loan transaction that
2 eventually led to the foreclosure of Plaintiff's home.  While
3 Plaintiff's original Complaint alleged violations of both federal
4 and state laws, Plaintiff has since filed an Amended Complaint
5 abandoning her federal claims.
6      With only Plaintiff's state law claims remaining, this Court
7 ceases to have subject matter jurisdiction over the suit.  There
8 is no diversity jurisdiction,[2] and the Court declines to exercise
9 supplemental jurisdiction over the pendant state claims.  The
10 Supreme Court has held, "When the balance of factors indicates
11 that a case properly belongs in state court, as when the federal
12 law claims have dropped out of the lawsuit in its early stages
13 and only state law claims remain, the federal court should
14 decline the exercise of jurisdiction by dismissing the case
15 without prejudice."  Carnegie-Mellon Univ. v. Cohill, 484 U.S.
16 343, 351 (1988).  In deference to the rules of comity, this Court
17 abstains from proceeding.
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25
26     [2] While Plaintiff's First Amended Complaint fails to specifically allege jurisdiction, the Court notes that both
27 Plaintiff and at least one named defendant are citizens of California thereby defeating diversity jurisdiction.  See FAC
28 ¶¶ 1-11.

2

1    Thus, Plaintiff's Amended Complaint is hereby dismissed
2 without prejudice for lack of subject matter jurisdiction.
3 Defendant's Motion to Dismiss Plaintiff's Amended Complaint
4 pursuant to Federal Rule of Civil Procedure 12(b)(6) (Docket
5 No. 24) is denied as moot.  The case is remanded to the Superior
6 Court of California, County of Sacramento.  The Clerk is directed
7 to close the case.
8    IT IS SO ORDERED.
9
 Dated: January 25, 2010
10
11    _____
12    MORRISON C. ENGLAND, JR.
   UNITED STATES DISTRICT JUDGE